# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 cv 235

| | |
|---|---|
| RONALD HOWARD S.T. LINK, also known as Rodney Link, | ) ) ) |
| Plaintiff | ) ) |
| v | ) ) ) |
| DAVID MITCHELL, as administrator of Mountain View Correctional Institution, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

THE PURPOSE of this Order is to place the parties on notice that if they are unable to settle this matter and file a dismissal by February 19, 2010 as set forth in the previous Order (#18) of this court dated January 8, 2010 that this matter will be set for a final pretrial conference in Asheville, North Carolina on March 4, 2010 at 10:00 o'clock a.m. and trial commencing on March 15, 2010 at 9:30 a.m. in the United States Courthouse in Asheville, North Carolina.

## ORDER

IT IS, THEREFORE, **ORDERED** that if a dismissal is not filed by **February 19, 2010** a final pretrial conference will be set on **March 4, 2010 at 10:00 o'clock a.m.** and the trial of this matter shall be set for **March 15, 2010 at 9:30 a.m.** in the United States Courthouse in Asheville, North Carolina.

Signed: February 8, 2010

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge